IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PAMELA DUNHAM,

        Plaintiff,

   v.

KILOLO KIJAKAZI,
Acting Commissioner of Social Security,

        Defendant.

Case No. 21-cv-282-wmc

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Kilolo Kijakazi against plaintiff Pamela Dunham affirming the Commissioner's decision denying plaintiff's application for disability insurance benefits.

      s/ A. Wiseman, Deputy Clerk               5/5/2022
       Joel Turner, Clerk of Court                   Date